# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: **13-51581** |
| **LUCAS H. MORGAN** | ) | |
| **JILL A. MORGAN** | ) | ALAN M. KOSCHIK |
| | ) | BANKRUPTCY JUDGE |
| Debtor(s) | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

---

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **LUCAS H. MORGAN**
   **Check 183047**
   **Claim #999**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$5341.25** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **11/3/2016**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**LUCAS H. MORGAN**  **JILL A. MORGAN**
**2347 LYNNWOOD DRIVE**  **2347 LYNNWOOD DRIVE**
**STOW, OH 44224**  **STOW, OH 44224**
**(Via Regular Mail)**  **(Via Regular Mail)**

**DENISE M LESKOVEC ESQ (via ECF)**

**LUCAS H. MORGAN**
**2347 LYNNWOOD DRIVE**
**STOW, OH 44224**
**(via Regular Mail)**

Date of Service: **11/3/2016**    By: **Natalie Everly**
  Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072